## Hunter *v.* Pittsburgh Bridge & Iron Works, Appellant.

Argued April 9, 1973. *Robert L. Orr,* with him *Wilson & Orr,* for appellant; *Louis M. Tarasi, Jr.,* with him *John A. Conte,* and *Conte, Courtney, Tarasi & Price,* for appellee.

Judgment affirmed.

## Mechenbier, Appellant, *v.* Volkwein.

Argued April 10, 1973. *Zeno Fritz,* for appellant; *C. C. Gunst, Jr.,* with him *Donaldson, Donaldson & Gunst,* for appellees.

Judgment affirmed.

## Overbrook Savings and Loan Association of Pittsburgh *v.* Werner et ux., Appellant.

Argued April 11, 1973. *Joseph D. Talarico,* with him *Dane Critchfield,* for appellant; *Frank E. Coho,* with him *Stanley M. Simon,* for appellee.

Order affirmed.